UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 25-1056 (LLA) |

**DEFENDANT'S CONSENT MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, through undersigned counsel, respectfully moves for a 28-day extension to respond to the complaint. Currently, the deadline to respond is Friday, May 9, 2025. Defendant seeks a new, proposed deadline of Friday, June 6, 2025. Counsel for Defendant conferred with counsel for Plaintiff about this motion, and Plaintiff consents to this motion.

"When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1). "A schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "District courts enjoy broad discretion when deciding case management and scheduling matters." *McGehee v. Dep't of Just.*, 362 F. Supp. 3d 14, 18 (D.D.C. 2019).

Defendant requests this extension because undersigned was only recently assigned to this case, and his heavy caseload prevents him from preparing and filing a response to the complaint by the current deadline. The U.S. Attorney's Office is receiving thousands of new cases a year, and there is sometimes a delay in case assignments because of the influx in new cases. More recently, the U.S. Attorney's Office has seen an influx in lawsuits seeking temporary restraining

orders requiring immediate attention. Undersigned is currently personally handling over 90 cases, of which more than 50 are active, each with its own competing obligations, deadlines, and demands. An extra 28 days would allow him to better understand the allegations in the complaint and draft a more appropriate response.

For the reasons above, Defendant contends there is good cause to grant this motion and for Defendant's new deadline to respond be extended to <u>Friday, June 6, 2025</u>.

Date:   May 5, 2025
        Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:   <u>    */s/ Sam Escher*    </u>
SAM ESCHER, D.C. Bar #1655538
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2531
Sam.Escher@usdoj.gov

*Attorneys for the United States of America*