UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

    Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

    Defendant.

Civil Action No. 25-1056 (LLA)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including Friday, June 6, 2025, to respond to the complaint.

SO ORDERED:

_____       _____
Date      LOREN L. ALIKHAN
     United States District Judge