UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

      Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

      Defendant.

Civil Action No. 25-1056 (LLA)

## JOINT STATUS REPORT

Plaintiff Judicial Watch, Inc. and Defendant U.S. Department of Justice, by counsel and pursuant to the Court's June 12, 2025, order, respectfully submit this joint status report:

**(1)     the status of Plaintiff's FOIA request**

At issue in this Freedom of Information Act lawsuit are three FOIA requests served on the U.S. Department of Justice for records related to Jeffrey Edward Epstein, who died in federal custody in 2019. Plaintiff served its requests in February 2025. Plaintiff filed suit on April 8, 2025. The U.S. Department of Justice filed its answer on June 6, 2025.

**(2)(3)   the anticipated number of documents responsive to Plaintiff's FOIA request, and the anticipated date(s) for release of the documents requested by Plaintiff**

Federal Bureau of Investigation.

- For 1662669-0 (any/all Epstein records), the FBI has run its initial searches and is in the process of reviewing those search results.

- For 1662711-0 (Communications of Director Patel's regarding Epstein client list), the FBI's search efforts are ongoing.

- The FBI does not yet have an anticipated number of documents or anticipated dates for release.

Executive Office of United States Attorneys

- EOUSA's initial search efforts are ongoing.

- EOUSA does not yet have an anticipated number of documents or anticipated dates for release.

Office of Information Policy

- OIP issued a final response to FOIA-2025-02863 on April 15, 2025, informing Plaintiff that no records responsive to its request were located.

**(4)    whether a motion for a stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976)**

The parties do not presently anticipate that a motion to stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976) is likely.

**(5)    whether a *Vaughn* index will be required in this case**

Plaintiff will likely request *Vaughn* indices of any responsive records withheld in full. Plaintiff may request *Vaughn* indices of selected withholdings in part. Plaintiff typically requests indices be provided before summary judgment motions are filed to conserve resources and narrow the issues that require briefing.

**(6)    whether and when either party anticipates filing a dispositive motion**

The parties respectfully submit that, because the U.S. Department of Justice has not yet issued its determinations on the requests, it is premature to assess whether either party is likely to file a dispositive motion.

The parties do not believe there are any other pertinent issues that require the Court's attention at this time. They propose filing a further joint status report on or before Thursday, September 11, 2025.

*        *        *

- 2 -

- 3 -

Date:   July 7, 2025

/s/ Paul J. Orfanedes
PAUL J. ORFANEDES
DC Bar No. 429716
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172
Email: porfanedes@judicialwatch.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Sam Escher
    SAM ESCHER, D.C. Bar #1655538
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2531
    Sam.Escher@usdoj.gov

*Attorneys for United States of America*