UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

      Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

      Defendant.

Civil Action No. 25-1056 (LLA)

## JOINT STATUS REPORT

Plaintiff Judicial Watch, Inc. and Defendant U.S. Department of Justice, through undersigned counsel, respectfully submit this joint status report.

At issue in this Freedom of Information Act lawsuit are three FOIA requests served on the U.S. Department of Justice for records related to Jeffrey Edward Epstein, who died in federal custody in 2019. Plaintiff served its requests in February 2025. Plaintiff filed suit on April 8, 2025. Defendant filed its answer on June 6, 2025. Below is a status update on each request to each component:

Federal Bureau of Investigation.

- For 1662669-0 (any/all Epstein records), the FBI completed its search and is vetting the files for responsiveness.

- For 1662711-0 (Communications of Director Patel's regarding Epstein client list), the FBI's search efforts are ongoing.

- The FBI does not yet have an anticipated number of documents or anticipated dates for release.

Executive Office of United States Attorneys

- EOUSA's initial search efforts are ongoing.

- 2 -

- EOUSA does not yet have an anticipated number of documents or anticipated dates for release.

Office of Information Policy

- OIP issued a final response to FOIA-2025-02863 on April 15, 2025, informing Plaintiff that no records responsive to its request were located.

The parties propose that they file another joint status report by Wednesday, January 28, 2026.

Date:   November 26, 2025

*/s/ Paul J. Orfanedes*
PAUL J. ORFANEDES
DC Bar No. 429716
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172
Email: porfanedes@judicialwatch.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      */s/ Sam Escher*
        SAM ESCHER, D.C. Bar #1655538
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2531
        Sam.Escher@usdoj.gov

*Attorneys for United States of America*