UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 25-1056 (LLA) |

## JOINT STATUS REPORT

Plaintiff Judicial Watch, Inc. and Defendant U.S. Department of Justice, through undersigned counsel, respectfully submit this joint status report.

At issue in this Freedom of Information Act lawsuit are three FOIA requests served on the U.S. Department of Justice for records related to Jeffrey Edward Epstein, who died in federal custody in 2019. Plaintiff served its requests in February 2025. Plaintiff filed suit on April 8, 2025. Defendant filed its answer on June 6, 2025. Below is a status update on each request to each component:

**DEFENDANT'S POSITION**

Federal Bureau of Investigation.

- For 1662669-0 (any/all Epstein records), the FBI completed its search and is vetting the files for responsiveness.

- For 1662711-0 (Communications of Director Patel's regarding Epstein client list), the FBI's search efforts are ongoing.

- The FBI does not yet have an anticipated number of documents or anticipated dates for release.

<u>Executive Office of United States Attorneys</u>

- EOUSA's initial search efforts are ongoing.

- EOUSA does not yet have an anticipated number of documents or anticipated dates for release.

<u>Office of Information Policy</u>

- OIP issued a final response to FOIA-2025-02863 on April 15, 2025, informing Plaintiff that no records responsive to its request were located.

Defendants propose that the parties submit another joint status report in roughly 60 days, which would be around Tuesday, March 31, 2026. Defendants are happy to provide more information to Plaintiff about OIP's search but object to the production of a declaration. If the parties move for summary judgment, OIP can provide a declaration then.

**PLAINTIFF'S POSITION**

Plaintiff finds this status report unsatisfactory for the following reasons.  The Defendant's instant report is materially identical to the preceding three joint status reports, going back to the parties' initial joint status report of July 7, 2025. (ECF No. 8)  The only change since the parties' initial joint status report seven months ago is to the request for all FBI Epstein records, the first bullet above.  Initially, Defendant reported the FBI had run its initial searches for all Epstein records and was in the process of reviewing those search results. (ECF No. 8)  The second joint status report of September 11, 2025, indicated that the FBI completed its search and was vetting the files for responsiveness. (ECF No. 9)  Five months later, the agency's status on that portion of the search is unchanged.

The remaining FBI search regarding Director Patel's communications has received no material update since the initial status report. The same silence extends to Plaintiff's underlying requests to the EOUSA and OIP.  After over half a year of searching, Defendant still has no anticipated number of responsive documents or anticipated dates for release for any of the above.

In preparation for the current joint status report, Defendant's counsel represented to Plaintiff that the above report was all he could obtain from the Agencies.

Additionally, by email dated July 9, 2025, counsel for Plaintiff requested a search declaration from Defendant in response to OIP finding no responsive records. To date, Defendant has yet to provide one.

Judicial Watch respectfully requests that Defendant be required to provide a detailed accounting of the status of the pending searches to Plaintiff before the parties' next joint status report. Additionally, Judicial Watch respectfully requests that Defendant provide a search declaration regarding the OIP's search for responsive records before the parties' next joint status report. Finally, Judicial Watch respectfully requests that the next joint status report be due in 30 days, on or before March 12, 2026.

Date:   January 28, 2026                       Respectfully submitted,

*/s/ Philumina Johanni*                        JEANINE FERRIS PIRRO
PAUL J. ORFANEDES                              United States Attorney
DC Bar No. 429716
PHILUMINA JOHANNI*                             By:     */s/ Sam Escher*
Judicial Watch, Inc.                                   SAM ESCHER, D.C. Bar #1655538
425 Third Street SW, Suite 800                         Assistant United States Attorney
Washington, DC 20024                                   601 D Street, NW
Phone: (202) 646-5172                                  Washington, DC 20530
Email: porfanedes@judicialwatch.org                    (202) 252-2531
Email: pjohanni@judicialwatch.org                      Sam.Escher@usdoj.gov

*Counsel for Plaintiff*                        *Attorneys for United States of America*
*\*Admitted Pro Hac Vice*