

# Office of the Attorney General
## Washington, D. C. 20530

February 27, 2025

Dear Director Patel,

Before you came into office, I requested the full and complete files related to Jeffrey Epstein. In response to this request, I received approximately 200 pages of documents, which consisted primarily of flight logs, Epstein's list of contacts, and a list of victims' names and phone numbers.

I repeatedly questioned whether this was the full set of documents responsive to my request and was repeatedly assured by the FBI that we had received the full set of documents. Late yesterday, I learned from a source that the FBI Field Office in New York was in possession of thousands of pages of documents related to the investigation and indictment of Epstein. Despite my repeated requests, the FBI never disclosed the existence of these files. When you and I spoke yesterday, you were just as surprised as I was to learn this new information.

By 8:00 a.m. tomorrow, February 28, the FBI will deliver the full and complete Epstein files to my office, including all records, documents, audio and video recordings, and materials related to Jeffrey Epstein and his clients, regardless of how such information was obtained. There will be no withholdings or limitations to my or your access. The Department of Justice will ensure that any public disclosure of these files will be done in a manner to protect the privacy of victims and in accordance with law, as I have done my entire career as a prosecutor.

I am also directing you to conduct an immediate investigation into why my order to the FBI was not followed. You will deliver to me a comprehensive report of your findings and proposed personnel action within 14 days.

I appreciate your immediate attention to this important matter. I know that we are both committed to transparency for the American people, and I look forward to continuing to work with you to serve our President and our country.

Sincerely,

Pamela Bondi
Attorney General