UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,

      Plaintiff,

    v.

U.S. DEPARTMENT OF JUSTICE,

      Defendant.

Civil Action No. 25-1056 (LLA)

## DEFENDANT'S STATUS REPORT

Defendant United States Department of Justice, through undersigned counsel, respectfully submits this status report in accordance with the Court's April 13, 2026, Minute Order.

On April 13, 2026, the Court ordered Defendant to advise the Court "why ordering search declarations would not be appropriate at this time." Defendant's position is that search declarations would provide little additional benefit under the circumstances. Defendant already provided details about the OIP's searches related to the "Bondi request" and the FBI's searches related to the "Patel request" to Plaintiff via email. *See* Emails, ECF 16-1. From these emails, Plaintiff should be able to decide whether it contests the searches. A formal declaration may provide additional general details, such as the qualifications of the declarant, the Agency components' general procedures for processing FOIA requests, and background about the case, but enough substantive, specific information has been provided to Plaintiff to decide whether to contest the searches.

If Plaintiff still contests the searches, then Defendant can begin preparing declarations in anticipation of summary judgment, to be filed with Defendant's motion for summary judgement. However, before drafting declarations in anticipation of summary judgment, Defendant

- 2 -

respectfully requests to know what specifically Plaintiff is still contesting, assuming Plaintiff is not contesting all searches.

Date:   April 27, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      /s/ Sam Escher
         SAM ESCHER, D.C. Bar #1655538
         Assistant United States Attorney
         601 D Street, NW
         Washington, DC 20530
         (202) 252-2531
         Sam.Escher@usdoj.gov

*Attorneys for United States of America*