| | |
|---|---|
| **From:** | Escher, Sam (USADC) |
| **To:** | "Philumina Johanni" |
| **Bcc:** | ██████████████████████████████████████ |
| **Subject:** | RE: JW v. DOJ (25-1056) - JSR due 3/30 |
| **Date:** | Tuesday, March 31, 2026 1:48:07 PM |

OIP has since sent me the below information.

- AG Bondi sent this letter to Director Patel about the Epstein files—including the term "Epstein's List"—referencing many communications AG Bondi had with the FBI since taking office and before the letter's date (February 27). If this record was missed in from the Patel side *and* the Bondi side, something is wrong with these searches.

  o The date range for OIP's search was January 20, 2025 through February 26, 2025, which is the date the electronic records search was initiated. Because the letter is dated February 27, 2025, it would not have been located by OIP as it is outside the date range for the search.

- Why was OIP's search for AG Bondi's Epstein-related communications limited to the time before the FOIA was acknowledged, against the standard practice of searching for records all the way up to the date the search was initiated? When was this search initiated?

  o OIP's search was initiated on the same date OIP's acknowledgment letter was transmitted to Plaintiff – both happening on February 26, 2025.

- Why was this letter not found, despite containing the words and phrases "Epstein" and "Epstein's list"? It was in OIP's possession as sent by AG Bondi and in the FBI's possession as received by Director Patel.

  o It was not located by OIP as it was outside the date range for this search.

- In the OIP search, was the Boolean symbol used for variant word endings of "Epstein", e.g. "Epstein!" or "Epstein*"?

  o The Boolean symbol for the variant word ends was not utilized by OIP as it is not required to achieve the desired result. OIP confirmed with JMD's OCIO eDiscovery Team (which is the team that runs OIP's electronic searches) that the search term "Epstein" would locate any variant of the name, including "Epstein's".

---

**From:** Escher, Sam (USADC)
**Sent:** Tuesday, March 31, 2026 1:45 PM
**To:** 'Philumina Johanni' <pjohanni@judicialwatch.org>
**Subject:** RE: JW v. DOJ (25-1056) - JSR due 3/30

This was the email I tried sending earlier. It looks like I finally got it to go through.

**From:** Escher, Sam (USADC)
**Sent:** Tuesday, March 31, 2026 1:43 PM
**To:** 'Philumina Johanni' <pjohanni@judicialwatch.org>
**Subject:** RE: JW v. DOJ (25-1056) - JSR due 3/30

Please see attached. I drafted two versions of a proposed JSR. Please let me know if Plaintiff is okay with either of them, and if so, whether Plaintiff prefers one over the other.

I, personally, cannot agree to another JSR in 30 days. We have too many FOIA cases in DDC. My life is endless JSRs. I understand Plaintiff's desire to have more frequent JSRs; I'm sure Plaintiff can understand my perspective as well.

For what it's worth, the memo Plaintiff wants to attach to the JSR is located at EFTA02847765.

Otherwise:

1. Why was this letter not found, despite containing the words and phrases "Epstein" and "Epstein's list"? It was in OIP's possession as sent by AG Bondi and in the FBI's possession as received by Director Patel. The request very specifically sought Director Patel's communications, so we only searched his communications. This memo was not located during that search.

2. Where are all the communications with the FBI that AG Bondi references? These communications are responsive to Plaintiff's FOIA. The request very specifically sought Director Patel's communications, so we only searched his communications. No responsive records were located.

3. For the FBI search of Director Patel's communication about Epstein's network, were Boolean symbols used, or just the stated "Epstein" + "List" and others noted above? Note: this search would not reveal "Epstein's list" Boolean symbols were not used, as they are not required in our system. For example, searching "Epstein" would also locate "Epstein's" without using a Boolean symbol.

4. Why was the search for FBI records arbitrarily limited to end on March 17, 2025, while the search was not even completed as of the latest Joint Status Report, dated January 28, 2026. ECF No. 13. The search end date is not arbitrary. The FBI initiated its retrieval search on March 17, 2025, and that is the date the request was opened. Therefore, this is the search cut-off date.

5. When was the search for Director Patel's communications initiated? February 20, 2025.

Director Patel began as Director of the FBI on February 21, 2025.

6. Why did the FBI not search Epstein's name without the additional terms in Director Patel's communications as DOJ did with AG Bondi's communications in a nearly identical request? We did search just "Epstein" in August of 2025. No responsive records were located. We then did targeted searches (as outlined above) and no responsive records were located then either.

7. Why was AG Bondi's February 27, 2025, letter not found in the FBI's search of its recipient, Director Patel's, communications? The request very specifically sought Director Patel's communications, so we only searched his communications. This memo was not located during that search.

**From:** Philumina Johanni <pjohanni@judicialwatch.org>
**Sent:** Tuesday, March 31, 2026 9:20 AM
**To:** Escher, Sam (USADC) <Sam.Escher@usdoj.gov>
**Subject:** [EXTERNAL] Re: JW v. DOJ (25-1056) - JSR due 3/30

Good morning, Sam.

If your POCs can deliver final, substantive responses in the next thirty days, and that goes into the JSR, we would be willing to truncate our section so there is less to respond to. Save you some work.

Let us know and I'll rework.
Thanks,

Philumina

Get Outlook for iOS

**From:** Philumina Johanni <pjohanni@judicialwatch.org>
**Sent:** Monday, March 30, 2026 9:06:08 PM
**To:** Escher, Sam (USADC) <Sam.Escher@usdoj.gov>
**Subject:** Re: JW v. DOJ (25-1056) - JSR due 3/30

Fine with me. Thank you. Have a good night.

Get Outlook for iOS