UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 25-1056 (LLA) |

## JOINT STATUS REPORT

Plaintiff Judicial Watch, Inc. and Defendant U.S. Department of Justice, through undersigned counsel, respectfully submit this joint status report in accordance with the Court's June 5, 2026 Minute Order.

At issue in this Freedom of Information Act lawsuit are three FOIA requests served on the U.S. Department of Justice for records related to Jeffrey Edward Epstein, and for official communications about DOJ handling of the Epstein files.

In accordance with the Court's April 13, 2026, May 6, 2026, and May 18, 2026, Minute Orders, the parties have filed reports stating their contrasting positions regarding the need for agency declarations to support the DOJ's searches under Plaintiff's records requests. (ECF Nos. 16, 17, 19).

At this time, the parties report that they are attempting to resolve their remaining issues in the course of the next two weeks.  The parties propose filing a joint status report on or before Friday, July 3, 2026, advising the Court whether Plaintiff still seeks any relief and providing the Parties' final positions on next steps in this litigation.

- 2 -

Date:   June 22, 2026

/s/ *Philumina Johanni*
PAUL J. ORFANEDES
DC Bar No. 429716
PHILUMINA JOHANNI*
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172
Email: porfanedes@judicialwatch.org
Email: pjohanni@judicialwatch.org

*Counsel for Plaintiff*
*\*Admitted Pro Hac Vice*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      /s/ *Sam Escher*
        SAM ESCHER, D.C. Bar #1655538
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2531
        Sam.Escher@usdoj.gov

*Attorneys for United States of America*