UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>     Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>     Defendant. | Civil Action No. 25-1056 (LLA) |

## JOINT STATUS REPORT

Plaintiff Judicial Watch, Inc. and Defendant U.S. Department of Justice, through undersigned counsel, respectfully submit this joint status report in accordance with the Court's June 30, 2026, Minute Order.

In the last joint status report, the parties stated that they hoped to resolve any remaining issues within the next two weeks. On Thursday, July 2, Plaintiff sent an email to Defendant with questions regarding the DOJ and FBI official communications about handling of the Epstein files. Defendant could not answer the questions by today, as many Department employees with relevant knowledge who would be most able to answer the questions are out of the office for the holiday.

Additionally, today, Plaintiff sent Defendant the questions below about the two requests for "[a]ll records related to Jeffrey Edward Epstein, born in New York City on January 20, 1953, and died on August 10, 2019 in New York City." Plaintiff incorporates its unanswered March 25, 2026, request to Defendant for yet unreleased Epstein files into the below, updated list.  Because the Epstein files are voluminous, Plaintiff's review is ongoing.  Plaintiff does not expect to have a final position on this portion of its request for some time.

Plaintiff requests the following:

1. **Redaction and Privilege log**. The Epstein Files Transparency Act requires all redactions to "be accompanied by a written justification published in the Federal Register and submitted to Congress." EFTA Section 2(c)(2). No portion of the Act permits summary justifications of redactions. The DOJ has yet to justify individual redactions or produce a privilege log. DOJ has not released any privilege log for the "200,000 pages ... redacted or withheld based on various privileges." Letter from Todd Blanche, Deputy U.S. Att'y Gen., Re: Epstein Files Transparency Act – Production of Department Materials at 1 (Jan. 30, 2026). Plaintiff requests the required log, identifying justification for each redaction, and each withholding, made under the EFTA. Plaintiff additionally requests a log of all responsive Epstein files not released under the EFTA.

2. **Foreign Language Files**. Foreign language files not yet produced are responsive to Plaintiff's request and were not excused by the EFTA.

3. **All Remaining Victim Interview FBI-302's and NTOC Reports**. As a subset of the required privilege log, Plaintiff requests a log of all FBI-302 interviews conducted regarding Epstein and Ghislaine Maxwell. Plaintiff requests the complete production of remaining, unproduced FBI interview summaries, National Threat Operations Center reports, and attendant handwritten notes and transcripts.

4. **Files Not Released Due to Technical Issues**. Plaintiff requests these files be logged and produced. The DOJ surely has the resources and tech support to resolve their technical issues and find a way to produce.

5. **Redacted Names of Epstein's "Inner Circle."** Plaintiff requests the unredacted EFTA 01682078 be released.

- 3 -

The parties will confer about the questions Plaintiff sent on July 2 and today. Plaintiff proposes that the parties file another joint status report by August 25, 2026. Defendant proposes that the parties file another joint status report by September 10, 2026.

Date:   July 6, 2026

*/s/ Philumina Johanni*
PAUL J. ORFANEDES
DC Bar No. 429716
PHILUMINA JOHANNI*
Judicial Watch, Inc.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172
Email: porfanedes@judicialwatch.org
Email: pjohanni@judicialwatch.org

*Counsel for Plaintiff*
*\*Admitted Pro Hac Vice*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      */s/ Sam Escher*
        SAM ESCHER, D.C. Bar #1655538
        Assistant United States Attorney
        601 D Street, NW
        Washington, DC 20530
        (202) 252-2531
        Sam.Escher@usdoj.gov

*Attorneys for United States of America*

- 3 -